IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1017-BO

SUSAN B. NOGGLE,

    Plaintiff

v.

OLLIE'S BARGAIN OUTLET, INC.,

    Defendant.

**ORDER ON JOINT MOTION TO REMAND**

This case comes before the Court on the parties' Joint Motion to Remand. Upon consideration of the Motion and the parties' Stipulation and Agreement Regarding Damages, the Court GRANTS the parties' Joint Motion to Remand and hereby orders this matter to be remanded to the Superior Court of Onslow County, North Carolina.

SO ORDERED this the 24 day of July, 2023.

_____
TERRENCE W. BOYLE
United States District Judge